# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| DOUGLAS A. DYER, | ) | |
| | ) | Case No. 1:21-cv-104 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| MICHELLE FULGAM, | ) | |
| | ) | |
| *Respondent*. | ) | |
| | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Douglas Dyer's petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Respondent's motion to dismiss (Doc. 10) is **DENIED** as moot.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**SO ORDERED**.

s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT