Travis R. McDonough

Chief US District Judge

900 Georgia Ave

Room 317

Chattanooga, Tn 37402

RE: 1:21-cv-00104

FILED

NOV 0 4 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

FILED

NOV 0 4 2021
Eastern District Court
At Chattanooga of Tennessee

10/13/2021

RECEIVED

OCT 13 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Your Honor,

As I mentioned in my letter of September 13, 2021, I re-started my Administrative Remedy process on August 20, 2021. After 3 weeks they sent me their response. The response , which took 3 weeks to simply mark an "X" on a form. They then told me to file the next step to "Designations and Sentence Computation Center".

Then on September 28 after wasting an addition 16 days, they told me they made a mistake and I should file the next step with Stacy Rimmer, Central Sector Administrator in Kansas City, Kansas. I filed my BP-10, as instructed after several phone calls with Ms. Rimmer. On the 29th of September, Ms. Rimmer informed me on a phone call that she and the Region office would turn down my request. I faxed , at her instruction, my BP-10 that day. I talked to her on the 30th of September to verify she received my documents.

On October 13, 2021 some 14 days after she received my package I talked with Ms. Rimmer on the phone. Even though she indicated she would turn down my request, she emphatically stated that she would NOT send it to me until October 29, 2021. I asked her why she needed to wait, since time is of the essence and her answer was "Because I can" and then rudely and abruptly hung up the phone call. These are the kinds of games that the BOP plays with inmates that violate their right to a fair and speedy process.

In meantime there continues to be rulings by Federal Judges across the country that are forcing the BOP to obey the law and Congressional mandate to award Earned Time Credits immediately and honor the law that clearly states that inmates can earn these Time Credits for programs completed After the date of

enactment of the First Step Act (FSA) ( December 21, 2018 ) and that the BOP should not wait til the BOP "arbitrary and with out authorization" wait until January 20, 2022.

On October 9, 2021 Bains v Quay, Civil Action No.:3:21-cv-00353 Federal Judge ruled in favor of inmate who deserved his Earned Time Credits

On September 1, 2021 O'Bryan v. Cox, CIV 21-4052 Federal Judge also ruled in favor of inmate receiving , immediately his Earned Time Credits.

Again, according to the "on the record" directive from the Senators who were the authors of the FSA in their letters to the Attorney General and recent Federal Court rulings, I deserve to be awarded my Earned Time Credits and should be immediately moved from Home Confinement to Supervised Release.

It is clear the BOP is doing everything in their power to delay my due process and continue to spend taxpayer money to illegally over incarcerate me. However, I am following the BOP process of Administrative Remedy before I file with this court, as I have been and continue to be a model inmate who has remained incident-free, working full-time for the past 15 plus months as a law-abiding tax-paying citizen. I worked extremely hard in earning my Earned Time Credits, as did thousands of Federal inmates. The BOP needs to follow the law, directive and wishes of Congress and stop trying to NOT awarding the thousands of inmates who are trying to better themselves. The First Step Act AND Congress demand this.

Doug Dyer #52293-074

179 Callaway Ct

Chattanooga, Tn 37421

423-661-1729